**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Cheryl Ann Newhouse,<br><br>    Defendant. | No. CR 06-0864-PHX-ROS (LOA)<br><br>**ORDER** |

Upon motion of the defendant Newhouse and good cause appearing:

IT IS HEREBY ORDERED that James Sun Park be substituted as attorney of record in place of the Federal Public Defender's Office in the above case for all future proceedings.

DATED this 25th day of September, 2006.

Lawrence O. Anderson
United States Magistrate Judge